441 F.2d 727
 71-1 USTC P 9453
 UNITED STATES of America, Plaintiff-Appellee,
v.
Roger D. BROWN et al., Defendants, and Joseph J. Rey,
Defendant-Appllant.
 No. 31012. Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 May 6, 1971.
 
 Joseph J. Rey, in pro. per.
 Seagal V. Wheatley, U.S. Atty., Johnnie M. Walters, Asst. Atty. Gen., Haskell Shelton, Asst. U.S. Atty., Tax Division, Washington, D.C., Meyer Rothwacks, Elmer J. kelsey, Charles E. Anderson, Attys., Dept. of Justice, Tax Division, Washington, D.C., for plaintiff-appellee.
 Appeal from the United States District Court for the Western District of Texas, Ernest Guinn, Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966